Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. 3:21cv01053-LC-EMT
*(to be filled in by the Clerk's Office)*

Edward O. Von Lochausen IV

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

-v-

Escambia County Jail & Sheriff Office
Escambia Co. Board of Commissioners

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

FILED USDC FLND PN
SEP 22 '21 PM12:33 MB

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Edward Otto Von Lochausen IV
Address: P.O. Box 17800 Pensacola FL
Pensacola, Fl 32522
City, State, Zip Code
County: Escambia
Telephone Number: 251-721-7824 / 251-423-7438
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Escambia County Jail
Job or Title *(if known)*:
Address: P.O. Box 17800
Pensacola, Fl 32522
City, State, Zip Code
County: Escambia
Telephone Number: 850-436-9843
E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Escambia County Sherriff's office
Job or Title *(if known)*:
Address: Leonard St
Pensacola, FL 32501
City, State, Zip Code
County: Escambia
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Escambia Board of County Commissioners

Job or Title *(if known)*:

Address: 221 Palafox Place

Pensacola, Fl 32522

City / State / Zip Code

County: Escambia

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name:

Job or Title *(if known)*:

Address:

City / State / Zip Code

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 4th, 5th, 6th, 14th, 15th Amendments

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Mitchell v. Untreiner, 421 F. Supp. 886 (1976)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Escambia County Jail

B. What date and approximate time did the events giving rise to your claim(s) occur?

During My Incarceration From 06-07-21 to Present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Black Mold in Showers, Styrofoam Cups Not Provided at All Meals. Roaches and Rats Present, Discrimation Against my Sexuality, Cold Showers, And Scalding Hot Showers Misconstructed toliet plumbing, Cold Food, No public law library, Socks & underwear Not provided when I wasn't A trustee, Basic Hygen products Not provided, working longer then 8hr Shift in kitchen i.e. 2AM-10AM, No Break, Non-Slip Floor Paint peeling off Floor, Rusted Bunks & Day Room Picnic table.





## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

---

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$ 960.00 wk for lost Wages Pain & Suffering for time Spent in jail. And Any And Such Relief the Court Deems proper and just.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/15/21

Signature of Plaintiff [signature]

Printed Name of Plaintiff Edward Otto Von Lochausen IV

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

City ____________ State ____________ Zip Code ____________

Telephone Number ____________

E-mail Address ____________

Edward VonLechausen
Escambia County Jail
36.201.G
P.O. Box 17800
Pensacola, FL 32522




**Mailed From**
**Escambia County Jail**
**Dorm G**

Ж Incorrect Address

U.S. Courthouse
1 N. Palafox St.
Pensacola, FL 32502-5665

~~RECEIVED SEP 2 2021~~

RECEIVED SEP 22 2021

~~RECEIVED SEP 2? 2021~~